*GH*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

**PETITION FOR WRIT OF HABEAS CORPUS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

JUL 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PERSONS IN FEDERAL CUSTODY**

Rogelio Diaz 22498-424
(Full name and prison number)
(Include name under which convicted)
                    PETITIONER

vs.

Eric Wilson, Warden
(Name of Warden, Superintendent,
Jailor, or authorized person having
custody of petitioner)
                    RESPONDENT

08CV3797
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

ORIGINAL APPLICATION FOR WRIT OF HABEAS
CORPUS PURSUANT TO 28 USC 2241

If petitioner is serving a sentence under a federal judgment which
he wishes to attack, he should file a motion under 28 USC § 2255,
in the federal court which entered the judgment.

THIS APPLICATION IS PURSUANT TO 28 USC 2241

PLEASE BE ADVISED INMATE XEROX MACHINE IS
OUT OF ORDER & NOT AVAILABLE

1

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _____ N|A _____

2. Date of judgment of conviction  NONE – Pending

3. Length of sentence  NONE

4. Nature of offense involved (all counts with indictment number of each, if known) _____

   21 USC 841  Case # 07 – CR – 653
   _____

5. What was your plea?  (Check One)
   (A)  Not guilty                    ( ✓ )
   (B)  Guilty                        (   )
   (C)  Nolo contendere               (   )

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____
   Not Applicable
   _____
   _____

6. Kind of trial:  (Check One)
   (A)  Jury                          (   )
   (B)  Judge only                    (   )

7. Did you testify at trial?

   YES  (   )              NO  ( ✓ )

8. Did you appeal from the judgment of conviction or imposition of sentence?

   YES  (   )              NO  ( ✓ )

   (A)  If you did appeal, answer the following:

        (1)  Name of court _____

        (2)  Result _____

2

(3)  Date of result  _____

(4)  Issues raised  _____

_____

9.  Other than a direct appeal from the judgment of conviction and
sentence, have you previously filed any petitions, applications or
motions pursuant to 28 USC § 2255 with respect to this judgment in
any federal court?

YES  (   )     NO  ( ✓ )

10.  If your answer to question (9) was YES, give the f o l l o w i n g
information:

(A)  (1)  Name of court  _____

(2)  Nature of proceeding  _____

_____

(3)  Grounds raised  _____

_____

_____

(4)  Did you receive and evidentiary hearing on your petition,
application, or motion?

YES  (   )     NO  (   )

(5)  Result  _____

(6)  Date of result  _____

(B)  As to any second petition, application, or motion, give the
same information.

(1)  Name of court  _____

(2)  Nature of proceeding  _____

_____

(3)  Grounds raised  _____

_____

3

    (4)  Did you receive and evidentiary hearing on your petition, application, or motion?

YES  (  )    NO  ( —— )

  (5)  Result  _____

  (6)  Date of result  _____


(C)  As to any third petition, application, or motion, give the same information:

    (1)  Name of court  _____

    (2)  Nature of proceeding  _____

      _____

    (3)  Grounds raised  _____

      _____

      _____

    (4)  Did you receive and evidentiary hearing on your petition, application, or motion?

YES  (  )    NO  ( —— )

    (5)  Result  _____

    (6)  Date of result  _____


(D)  Did you appeal the result to the federal appellate court having jurisdiction?

    (1)  First petition, etc.    YES  (  )    NO  ( —— )
    (2)  Second petition, etc.  YES  (  )    NO  ( —— )
    (3)  Third petition, etc.   YES  (  )    NO  ( —— )

(E)  If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

_____

_____

_____

11. If you did not file a motion under Section 2255 of Title 28 United States Codes, or if you filed such motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

PLEASE SEE ATTACHED MOTION

AND

EXHIBITS

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. You should raise in this petition all available grounds for relief which relate to the conviction under attack. Failure to do so may bar you from presenting additional grounds at a later date.

(A) Ground one    SEE ATTACHED APPLICATION
Supporting FACTS (tell your story briefly without citing cases or law):

5

_____
_____
_____
_____
_____
_____

**(B)    Ground two:** _PLEASE SEE ATTACHED APPLICATION_
Supporting **FACTS** (tell your story <u>briefly</u> without citing cases
or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**(C)    Ground three:** _____
Supporting **FACTS** (tell your story <u>briefly</u> without citing cases
or law):

_____
_____

6

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(D)    Ground Four:** _____
Supporting **FACTS** (tell your story **briefly** without citing cases
or law):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**7**

13. Has any ground set forth in question (12) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any petition, motion or application.

                      YES ( )    NO ( ✓ )

14. If you answered **"YES"** to question (13), state __briefly__ what grounds were previously presented, and name the proceedings in which each ground was raised:

    _____

    _____

    _____

15. Do you have any petition or appeal now pending in any federal court, as to the judgment under attack?

                      YES ( )    NO ( ✓ )

    (A) If yes, state the name of the court and the nature of the proceeding. _____

    _____

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (A) At preliminary hearing __N/A__

    (B) At arraignment and plea __N/A__

    (C) At trial __N/A__

    (D) At sentencing __N/A__

    (E) On appeal __N/A__

    (F) In any post-conviction proceeding __N/A__

8

(G)   On appeal from any adverse ruling in a post-conviction
      proceeding _____

_____

17.   Were you sentenced on more than one count of an indictment, or on
      more than one indictment, in the same court and at the same time?
                                        YES ( )    NO ( ✓ )

18.   Do you have any future sentence to serve after you complete the
      sentence imposed by judgment under attack?
                                        YES ( )    NO ( ✗ )

      (A)   If YES, give the name and location of the court which
            imposed sentence to be served in the future:

            _____

      (B)   And give the date and length of sentence to be served
            in the future _____

            _____

            _____


      WHEREFORE, petitioner prays that the court grant petitioner relief
to which he may be entitled in this proceeding.

                                        *Rogelio Diez*
_____            _____
Signature of attorney (if any)          Signature of petitioner

                                        I  DECLARE  UNDER  PENALTY  OF
                                        PERJURY THAT THE FOREGOING IS
                                        TRUE AND CORRECT.

         ATTACHMENT                     Executed on  27 JUNE 2008
      APPLICATION                                    _____
      W/EXHIBIT                                          (Date)

                                        *Rogelio Diez*
                                        _____
                                        (Signature of petitioner)


                                        _____
                                        (Mailing address for petitioner)
                                        71 W. Van Buren)
                                        _____
                                        Chicago, IL 60605
                                        _____

9

IN THE UNITED STATES COURT OF APPEALS SEVENTH-CIRCUIT
IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS AT THE
EASTERN DIVISION

ROGELIO DIAZ

        PETITIONER        CASE #

        VS.

ERIC WILSON, WARDEN,
        RESPONDENT

**RETURNED**

JUN ~~3 0 2008~~

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPLICATION FOR WRIT OF HABEAS CORPUS

### I. JURISDICTION:

1) THE JURISDICTION OF THIS HONORABLE COURT IS INVOKED PURSUANT TO TITLE 28 UNITED STATES CODE § 2241.

2) PETITIONER ROGELIO DIAZ , ASSERTS HE'S BEING HELD ILLEGALLY AND BEING MADE TO ANSWER FOR A CRIME/CRIMES HE DID NOT COMMIT.

3) PETITIONER FURTHER ASSERTS HE WAS/IS BEING, UNDER DURESS, THREAT, FORCE TO SIGN A PLEA AGREEMENT WRITTEN IN ENGLISH. PETITIONER IS A MEXICAN NATIONAL, DOES NOT SPEAK, READ, NOR WRITE ENGLISH, LET ALONE UNDERSTAND THE WRITTEN LANGUAGE OF ENGLISH. THE PLEA AGREEMENT IS WRITTEN IN ENGLISH!

— 1 —

II FACTS:

4) PETITIONER MAINTAINS DOMICIL/RESIDENCE IN HAMMMOND, INDIANA, OUTSIDE THE JURISDICTION OF THIS HONORABLE COURT, NOT IN CHICAGO, ILLINOIS [4]

5) PETITIONER CITES HE WAS ARRESTED, WITH OTHER, ESPECIALLY A MEXICAN FEMALE KNOWN AS "LARA" WHO'S RESPONSIBLE FOR DISTRIBUTION OF MULTI-KILO LOADS OF COCAINE.

6) LARA AND OTHERS WITH HER APPARENTLY WERE ALLOWED BOND ^OUT AND HAVE FLED THE JURISDICTION OF THIS HONORABLE COURT, THE PETITIONER SUPPOSES THIS.

7) IN THE INSTANT CASE "LARA" POSESSED SOME TEN (10) KILOS OF COCAINE HYDROCLORIDE WITH OTHER MALES.

8) IN THE INSTANT CASE PETITIONER'S RESIDENCE WAS SEARCHED AND ONE POUND OF COCAINE WAS FOUND. PETITIONER'S PLEA AGREEMENT MAKE HIM RESPONSIBLE FOR "5 - 15 KILOS OF COCAINE." THERE LIES THE RUB.

9) PETITIONER ADEMENTLY STATES HE IS NOT RESPONSIBLE FOR 10 KILOS, DID NOT POSSESS 10 KILOS, HAD NO INTENTION OF POSSESSING 10 KILOS AND THAT HE ABSOLUTELY REFUSES TO PLEAD GUILT TO SOMETHING HE'S NOT GUILTY OF, IE: 10 KILOS OF COCAINE. THE DISCOVERY SUPPORTS PETITIONER'S ASSERTION(S) SEE ATTACHED!

→ 2 —

[4] NOR RENTS OR OWNS PROPERTY IN THIS JURISDICTION.

FOR THE FOREGOING REASONS THE PETITIONER
STATES HE IS RESPONSIBLE FOR WHAT WAS FOUND IN
HIS HOUSE IN HAMMOND, INDIANA, 6427 JEFFERSON ST.
HE GAVE NO ONE CONSENT TO LIVE THERE OR HAVE A KEY.[1]
WHEREFORE PETITIONER STATES;

1) THAT HONORABLE COURT DOES NOT HAVE JURISDICTION
FOR ACTS THAT OCCURRED IN HAMMOND, INDIANA, SEE EX
04, 05, AND 06, 07 AND 08

EX 04, 05

2) THAT CHARGES HERE SHOULD, IN ALL THINGS
BE DISMISSED; LARA DID NOT LIVE AT 6427 JEFFERSON ST,
HAMMOND AND HAD NO LEGAL RIGHT TO GIVE CONSENT TO SEARCH.

3) THAT THE HONORABLE COURT CAREFULLY REVIEW
THE DEA REQUESTS IN THIS CASE, SEE 04 THRU 08 ATTACHED

4) THAT THE CAUSE BE TRANSFERRED TO HAMMOND,
OR CHARGES DISMISSED. PETITIONER IS RESIDENT ALIEN
WITH NO PRIOR DRUG ACTIVITY, AND STATES HE'S INNOCENT.

RESPECTFULLY SUBMITTED,

ATTACHED EXHIBITS                    ~ Rogelio Diaz
    04 THRU 08
                    5 PMS
JUNE 23, 2008                        ROGELIO DIAZ
                                     71 W. VAN BUREN ST
                                     CHICAGO, IL 60605

[1] THERE IS A POSSIBILITY THE SEARCH WAS ILLEGAL IN
HAMMOND, AS NO SUCH WARRANT APPEAR IN DISCOVERY,
NOR SIGNED WAIVER. NO ONE LIVED IN 6427 JEFFERSON OTHER
THAN PETITIONER NOBODY COULD GIVE CONSENT.

— 3 —

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | | 2. Cross File | Related Files | 3. File No.<br>I1-08-0002 | 4. G-DEP Identifier<br>WAC1L |
|---|---|---|---|---|---|
| 5. By: TFO Kevin Kolosh<br><br>At Chicago Field Division<br>Group #21 | | ☒ | CS-90-056485 | 6. File Title DIAZ, Rogelio | |
| | | ☐ | | | |
| | | ☐ | | | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | ☐ | | | |
| | | ☐ | | 8. Date Prepared<br>10/11/07 | |

9. Other Officers: GS Wes Tabor, SA Dave Reynolds, TFO's Sami Ayyad, Mike Bedalow, John Kosmowski, Bil Kowalski, Mike Pietruszynski, Mark Porlier, Jim Healy.

10. Report Re: Consent Search at 6427 Jefferson  Hammond, Indiana and Acquisition of Exhibits 4, N-18, N-19, N-20, N-21, N-22, N-25, N-28, N-36, and N-37 on 10-03-2007.

### SYNOPSIS

On October 3, 2007, members of Group 21 conducted a consent search at 6427 Jefferson Hammond, Indiana, the residence of Rogelio DIAZ and Carmen LARA. Agents subsequently recovered Exhibit 4, Exhibit N-18, N-19, N-20, N-21, N-22, N-25, N-28, N-36, and N-37.

### DETAILS

1. Reference is made to all previous DEA-6 Reports of Investigation written under the same file tile and file number. Specific reference is made to the DEA-6 report titled, "Debrief of CS-90-056485 on October 2, 2007", the DEA-6 report titled "Surveillance of CS meet with DIAZ and Execution of Federal Search Warrant of 6100 Massasoit Chicago, Illinois on Oct 3 2007", and the DEA-6 report titled, "Execution of search warrant #07M0353 in Calumet City, Illinois and Acquisition of Exhibit N-29 on 10-05-2007."

2. On 10-02/03-2007, agents received verbal and written consent (Exhibit N-18) from Carmen LARA to search the residence located at 6427 Jefferson Street, Hammond, Indiana. Carmen LARA informed agents that she is in a dating relationship with Rogelio DIAZ and they both reside at the Jefferson Street address. Carmen LARA advised agents that she was in possession of keys to the front door of the Jefferson Street address.

| 11. Distribution:<br>Division | 12. Signature (Agent)<br><br>Kevin Kolosh, TFO | 13. Date<br>10-17-07 |
|---|---|---|
| District | 14. Approved (Name and Title)<br>GS Wes Tabor<br>Group Supervisor | 15. Date<br>10-17-07 |
| Other | | |

DEA Form   - 6
(Jul. 1996)
kk

1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000000004

| REPORT OF INVESTIGATION | 1. File No. I1-08-0002 | 2. G-DEP Identifier WAC1L |
|---|---|---|
| (Continuation) | 3. File Title DIAZ, Rogelio | |

| 4. Page 2 of 5 | |
|---|---|
| 5. Program Code | 6. Date Prepared 10/11/07 |

3. On 10-03-2007, at approximately 3:00am, agents arrived at 6427 Jefferson Street, Hammond, Indiana and knocked on the front door of the residence. Agents waited approximately 3 minutes and received no answer at the door. Agents then used the key provided by Carmen LARA, unlocked the front door and entered the residence. Agents announced their presence and encountered Roberto ANZURES-RAMOS as he came up the stairs from the basement of the residence. Roberto ANZURES-RAMOS advised agents that he resides in the basement of the residence. Agents then received verbal and written consent (Exhibit N-19) from Roberto ANZURES-RAMOS to search the residence.

4. On 10-03-2007, at approximately 3:30am, Hammond, Indiana police officer Darnell star #455 and his K-9 partner "Oran" conducted a search of the residence located at 6427 Jefferson Street, Hammond, Indiana. "Oran" gave a positive indication for the presence of narcotics on a safe located in the living room of the residence. Agents recovered the safe (Exhibit N-28) from the residence and secured it at the Calumet City, Illinois Police Department, awaiting a search warrant.

5. Agents located and recovered a black plastic bag which contained a white chunky substance, suspect cocaine (Exhibit 4), under a table located in the living room of the residence. "Oran" gave a positive indication for the presence of narcotics in the black plastic bag.

## CUSTODY OF EVIDENCE

### DRUG EVIDENCE

1. Exhibit 4 consists of a clear plastic bag further contained within a white plastic bag which was further contained inside black plastic bag. The clear plastic bag contained a white chunky substance, believed to be cocaine. TFO Ayyad obtained Exhibit 4 from 6427 Jefferson Hammond, Indiana on 10-03-2007 pursuant a consent search. TFO Ayyad secured Exhibit 4 at the Calumet City Police Department temporary evidence locker on 10-03-2007, as witnessed by TFO Kolosh. On 10-05-2007, TFO Kolosh, as witnessed by TFO Kowalski retrieved Exhibit #4 from the Calumet City Police Department temporary evidence

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

000000005



U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No.<br>I1-08-0002 | 2. G-DEP Identifier<br>WAC1L |
|---|---|---|
| *(Continuation)* | 3. File Title DIAZ, Rogelio | |
| 4.<br>Page  3  of  5 | | |
| 5. Program Code | 6. Date Prepared<br>10/11/07 | |

locker.  Exhibit 4 was transported to the Chicago Field Division
where it was processed as evidence by TFO Kolosh, as witnessed by TFO
Kowalski.  A field test of Exhibit 4 was conducted by TFO Kowalski,
as witnessed by TFO Kolosh, which resulted positive for the presence
of cocaine.  Exhibit 4 was then secured in the Chicago Field Division
until custody was transferred to the North Central Laboratory for
analysis.

### NON-DRUG EVIDENCE

1. Exhibit N-18 consists of (1) consent to search form obtained by GS
Wesley Tabor on 10-03-2007.  Exhibit N-18 was processed into evidence
by TFO James Healy as witnessed by TFO Bill Kowalski.  Exhibit N-18
was later turned over to the DEA/CFD Non-Drug Evidence Custodian for
storage and safekeeping.

2. Exhibit N-19 consists of (1) consent to search form obtained by GS
Wesley Tabor on 10-03-2007.  Exhibit N-19 was processed into evidence
by TFO James Healy as witnessed by TFO Bill Kowalski.  Exhibit N-19
was later turned over to the DEA/CFD Non-Drug Evidence Custodian for
storage and safekeeping.

3. Exhibit N-20 consists of documents seized from 6427 Jefferson
Hammond, Indiana by TFO Kevin Kolosh on 10-03-2007.  TFO Healy
processed Exhibit N-20 into evidence as witnessed by TFO Kowalski.
Exhibit N-20 was later forwarded to the DEA/CFD Non-Drug Evidence
Custodian for storage and safekeeping.

4. Exhibit N-21 is (1) digital scale seized from 6427 Jefferson,
Hammond, Indiana by TFO Kevin Kolosh on 10-03-2007.  TFO Healy
processed Exhibit N-21 into evidence as witnessed by TFO Kowalski.
Exhibit N-21 was later forwarded to the DEA/CFD Non-Drug Evidence
Custodian for storage and safekeeping.

5. Exhibit N-22 is (1) cell phone seized from 6427 Jefferson, Hammond,
Indiana by TFO Kevin Kolosh on 10-03-2007.  TFO Healy processed
Exhibit N-22 into evidence as witnessed by TFO Kowalski.  Exhibit N-

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

000000006

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | 1. File No.<br>I1-08-0002 | 2. G-DEP Identifier<br>WAC1L |
|---|---|---|---|
| *(Continuation)* | | 3. File Title DIAZ, Rogelio | |
| 4.<br>Page  4  of  5 | | | |
| 5. Program Code | | 6. Date Prepared<br>10/11/07 | |

22 was later forwarded to the DEA/CFD Non-Drug Evidence Custodian for storage and safekeeping.

6. Exhibit N-25 consists of (1) set of keys to a house at 6427 Jefferson Hammond, Indiana. Exhibit N-25 was seized by TFO Kevin Kolosh on 10-03-2007. TFO Healy processed Exhibit N-25 into evidence as witnessed by TFO Bill Kowalski. Exhibit N-25 was later forwarded to the DEA/CFD Non-Drug Evidence Custodian for storage and safekeeping.

7. Exhibit N-28 consists of (1) Gardall safe with number S259665 on the front. Exhibit N-28 was obtained on 10-03-2007 by TFO Kolosh at 6427 Jefferson Hammond, Indiana pursuant a consent search. On 10-03-2007 Exhibit N-28 was secured by TFO Kolosh, as witnessed by TFO Kowalski, at the Calumet City Police Department. Exhibit N-28 will remain in the custody of the Calumet City Police Department under evidence number 07-1516.

8. Exhibit N-36 is a 2004 Chevrolet Silverado pickup, white in color, VIN: 1GCEC14X54Z154859. Exhibit N-36 was obtained by TFO Kolosh at 6427 Jefferson Hammond, Indiana pursuant a consent search on 10-03-2007. Exhibit N-36 was secured in Calumet City, Illinois pending forfeiture proceedings.

9. Exhibit N-37 is a 1999 Chevrolet Blazer, blue in color, VIN: 1GNCT18W4XK116178 blue blazer. Exhibit N-37 was obtained by TFO Kolosh at 6427 Jefferson Hammond, Indiana pursuant a consent search on 10-03-2007. Exhibit N-37 was secured in Calumet City, Illinois pending forfeiture proceedings.

## INDEXING

1. ANZURES-RAMOS, Roberto - NADDIS Negative

2. DIAZ, Rogelio - NADDIS Negative; sex: male; race: Hispanic; dob: 11-27-1962; address: 6427 Jefferson Hammond, Indiana; SSN: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; FBI:146440EA9; arrested by DEA 10-02-2007 for Conspiracy to Distribute 10 kilograms of cocaine.

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000000007

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No.<br>I1-08-0002 | 2. G-DEP Identifier<br>WAC1L |
|---|---|---|
| *(Continuation)* | 3. File Title DIAZ, Rogelio | |
| 4.<br>Page  5  of  5 | | |
| 5. Program Code | 6. Date Prepared<br>10/11/07 | |

3. **LARA, Carmen** – NADDIS– Negative; sex: female; race: Hispanic; dob: ▓▓▓▓▓▓▓; address: 6427 Jefferson, Hammond, Indiana; arrested by DEA 10-02-2007 for Conspiracy to Distribute 10 kilograms of cocaine.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

✓   **1 - Prosecutor**

000000008