**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**

JUL 0 2 2008
JuL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** ROGELIO DIAZ | **Defendant(s):** ERIC WILSON, etc. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Rogelio Diaz<br>#22498-424<br>Metropolitan - MCC<br>71 West Van Buren<br>Chicago, IL  60605 | **Defendant's Attorney:**<br>United States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL  60604 |

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV3797
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A. E. Woodham   **Date:** 07/02/2008