IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS IN
THE EASTERN DIVISION

**FILED**
JUL 10 2008
Jul 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE ROGELIO DIAZ,    CAUSE # 08 CV 3797
        MOVANT

MOTION FOR ORDER TO SHOW CAUSE
&
MOTION TO APPOINT COUNSEL

The Movant ROGELIO DIAZ has filed an Application for Writ of Habeas Corpus, with documentation showing questionable and meritorous questions of jurisdiction, and illegal custody.

The Movant was born in Mexico, has no prior record and is a resident alien, legally in the U.S.

Because of prima facia allegations coupled and conjoined with ~~Drug Enforcement~~ Administrative Documentation showing venue in Hammond, Indiana

-1-

The Movant moves the Court for:

1) An Immediate Order to Show Cause

   and

2) Appointment of Competent Counsel.

The Movant, unskilled in the law and cognizant of his need for assistance of counsel, moves the Court to Appoint Anton Valukus of Jenner and Block, under the Pro Bono Provisions of the Local Rules 82.1, for Counsel.

So Prays Movant

6-7-08

Respectfully Submitted,

*Rogelio Diaz*

Rogelio Diaz
71 W. Van Buren St
Chicago, IL 60605