

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROGELIO DIAZ

CAUSE # 08CV 3797

v

ERIC WILSON

08CV 3797

FILED
Jul 21, 2008
JUL 21 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT ROGELIO DIAZ APPEALS TO THE SEVENTH CIRCUIT COURT OF APPEALS THE FINAL ORDER OF HON. JOAN H. LEFKOW WHICH COVERS UP THE ILLEGAL ARREST AND ILLEGAL DETENTION OF SAID ROGELIO DIAZ IN HAMMOND, INDIANA (SEE EXHIBITS ATTACHED TO PETITION).

THE APPELLANT, ROGELIO DIAZ ALSO PRAYS THAT THE ORDER APPEALED FROM DATED JULY 11, 2008 BE IMMEDIATELY TRANSMITTED TO THE 7TH CIRCUIT JUDICIAL COUNSEL WITH A COPY OF THE RECORD ON APPEAL PURSUANT TO 28 USC 1291 AND 28 USC 378 ET SEQ FOR CONSIDERATION BY THE 7TH CIRCUIT FOR JUDICIAL MISCONDUCT.

ROGELIO DIAZ STATES BASED UPON THE PETITION, IT'S CONTENTS, THE REPORTS OF THE DEA, SHOWING THE CASE TO BE A HAMMOND

—1—

Case for 1/2 kilo of cocaine, not a Chicago case. (480 grams)

Appellant requests appointment of counsel on that appeal, as he is indigent.

Respectfully sub.

*Rogelio Diaz*
Rogelio Diaz
71 W. Van Buren St
Chicago IL 60604

July 16, 2008

SEE EVIDENCE ATTACHED

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. I1-08-0002 | 2. G-DEP Identifier WAC1L |
|---|---|---|
| | 3. File Title DIAZ, Rogelio | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 10/09/07 | |

Division where it was processed as evidence by TFO Healy as witnessed by TFO Kowalski. Exhibit N-29 was forwarded to the DEA/CFD Non Drug Evidence Custodian for storage and safekeeping.

INDEXING

1. DIAZ, Rogelio - NADDIS Negative; sex:male; race:Hispanic; dob:▮▮▮▮▮; address: 6427 Jefferson Hammond, Indiana; SSN:▮▮▮▮▮; FBI:146440EA9; - DIAZ was arrested on 10-02-2007 for Conspiracy to Distribute ten kilograms of cocaine to a DEA confidential source. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ DIAZ's source of supply. Agents also conducted a consent search of DIAZ's residence, located at 6427 Jefferson, Hammond, Indiana, and recovered an additional 480 grams of cocaine.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000000016