**FILED**
**JULY 25, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 25, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2858
>
> Caption:
> ROGELIO DIAZ,
> Petitioner - Appellant
>
> v.
>
> ERIC WILSON, Warden,
> Respondent - Appellee
>
> District Court No: 1:08-cv-03797
> Clerk/Agency Rep Michael Dobbins
> Magistrate Judge Joan Lefkow
> Court Reporter Brooke Wilson
>
> Date NOA filed in District Court: 07/21/2008

If you have any questions regarding this appeal, please call this office.

CC:

Brooke Wilson, Michael W. Dobbins