

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 19, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Diaz -v- Wilson

U.S.D.C. DOCKET NO. : 08 cv 3797

U.S.C.A. DOCKET NO. : 08 - 2858

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)            1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                                  Very truly yours,

                                                                   Michael W. Dobbins, Clerk

                                                                   By:_____
                                                                        D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Diaz -v- Wilson.

USDC NO.    : 08 cv 3797

USCA NO.    : 08 - 2858

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 19th day of Aug. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03797
### Internal Use Only

1.
Diaz v. Wilson
Assigned to: Honorable Joan H. Lefkow

Case in other court:   08-02858

Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 07/02/2008
Date Terminated: 07/11/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Rogelio Diaz**   represented by   **Rogelio Diaz**
#22498-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL 60605
PRO SE

V.

**Respondent**

**Eric Wilson**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | RECEIVED Petition and 0 copies by Rogelio Diaz. (jmp, ) (Entered: 07/03/2008) |
| 07/02/2008 | 2 | CIVIL Cover Sheet. (jmp, ) (Entered: 07/03/2008) |
| 07/02/2008 | 3 | MOTION by Petitioner Rogelio Diaz for leave to proceed in forma pauperis. (jmp, ) (Entered: 07/03/2008) |
| 07/02/2008 | 4 | ~~POST MARKED envelope for initiating document by Rogelio Diaz~~ |

| | | |
|---|---|---|
| | | (Document not scanned) (aew, ) (Entered: 07/07/2008) |
| 07/10/2008 | 5 | MOTION by Petitioner Rogelio Diaz to show cause & to appoint counsel. (jmp, ) (Entered: 07/14/2008) |
| 07/11/2008 | 6 | MINUTE entry before the Honorable Joan H. Lefkow: Petitioner;s Motion to proceed in forma pauperis 3 granted. Petitioner's petition for habeas corpus 1 is summarily dismissed pursuant to Rules 1(b) and 4 of the Rules Governing Section 2265 Cases. Mailed notice (jmp, ) (Entered: 07/15/2008) |
| 07/11/2008 | | (Court only) ***Civil Case Terminated. (jmp, ) (Entered: 07/15/2008) |
| 07/21/2008 | 7 | NOTICE of appeal by Rogelio Diaz regarding orders 6 ifp granted. (air, ) (Entered: 07/25/2008) |
| 07/25/2008 | 8 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 7 . Notified counsel (air, ) (Entered: 07/25/2008)~~ |
| 07/25/2008 | 9 | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/25/2008)~~ |
| 07/25/2008 | 10 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 7 ; USCA Case No. 08-2858. (jmp, ) (Entered: 07/28/2008)~~ |

**KEY**

All items are included in this record.
All crossed out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.