*MHN*

# CERTIFIED COPY

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**
8-27-2008

August 26, 2008

AUG 27 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2858 | ROGELIO DIAZ,<br>Petitioner - Appellant<br>v.<br><br>ERIC WILSON, Warden,<br>Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-03797
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
Magistrate Judge Joan Lefkow
Court Reporter Brooke Wilson

Upon consideration of the motion to dismiss case pursuant to FRAP 42(b), filed by Appellant, Rogelio Diaz, on August 22, 2008,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate (form ID: 137)**

A True Copy:
Teste:

_____ DEPUTY

Clerk of the United States
Court of Appeals for the
Seventh Circuit