

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

September 3, 2008

To: Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

FILED

SEP 0 3 2008 YM
Sep 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2858 | ROGELIO DIAZ, Petitioner - Appellant  v.  ERIC WILSON, Warden, Respondent - Appellee |
|---|---|

District Court No: 1:08-cv-03797
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
Magistrate Judge Joan Lefkow
Court Reporter Brooke Wilson

The mandate or agency closing letter in this cause issued on August 26th, 2008.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:    Entire record returned consisting of

███████████████████████████████████████

Pleadings:    ✓ 1 ▓▓▓

███████████████████████████████████████

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                **Received by:**

_____          _____

form name: c7_Record_Return_toDC (form ID: 205)